ELIZABETH J. CAMPBELL, Respondent, *v.* LOUIS BLACK, Appellant.

(Submitted February 23, 1915; decided March 2, 1915.

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 14, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action for the reformation of a written agreement and for an accounting.

The motion was made upon the grounds that the judgment appealed from was not final; that, therefore, no

appeal lay as of right to the Court of Appeals and that permission to appeal had not been obtained.

*David N. Salisbury* for motion.

*Werner & Harris* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.